# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1225 JVS (RNBx) | Date | December 16, 2009 |
| Title | Cervantes v. Quality Loan Service Corp. | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Sanctions

      Defendants Greenpoint Mortgage Funding, Inc. and EMC Mortgage Corp. have both filed motions to dismiss under Federal Rule 12(b)(6) of the Federal Rules of Civil Procedures, calendared for hearing on December 21, 2009 at 1:30 p.m. The plaintiffs have not opposed the motions, nor have they filed a notice of non-opposition as required by Local Rule 7-16.

      The attorney who signed the complaint shall appear at the hearing and show cause why the attorney and the firm of Azimy & Nathan, LLP should not be sanctioned for failure to comply with the Local Rules. The Court is unable to identify which of the listed attorneys actually signed the complaint because the signature in indecipherable.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |