JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1225 JVS (RNBx) | Date | February 2, 2010 |
| Title | Cervantes v. Quality Loan Service Corp. | | |

Present: The Honorable  James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order Remanding Action to Orange County Superior Court

     This matter was removed from the Superior Court for the County of Orange on October 21, 2009, on the basis of federal question jurisdiction, 28 U.S.C. § 1331. After removal, Plaintiffs filed a First Amended Complaint ("FAC"), which removed their lone federal cause of action. The Court lacks diversity jurisdiction because Plaintiffs and Defendant Quality Loan Service Corporation are citizens of California. 28 U.S.C. § 1332.

     On January 1, 2010, the Court issued an Order to Show Cause why the Court should not decline to exercise supplemental jurisdiction over the remaining state claims under 28 U.S.C. § 1367 and remand the matter to state court. All parties have indicated that they do not oppose a remand. The Court finds that a remand is appropriate, given that the proceedings have not advanced beyond the early stages.

     Accordingly, the Court orders this matter remanded to the Superior Court for the County of Orange.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |